IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RICHARD JARZYNKA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07CV00005 |
| | ) | |
| JODI GILL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It appearing to the court that action in the above-entitled case as to Defendant Jodi Gill has been stayed pending disposition of the proceedings in a bankruptcy court which may become dispositive of this litigation,

**IT IS ORDERED** that the Clerk of Court terminate Defendant Jodi Gill administratively in the court records and that any party shall have the right to reopen this case as to Defendant Jodi Gill for any purpose on motion and notice to all parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the Bankruptcy proceedings.

This the 2nd day of March 2007.

_____
United States District Judge